

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00176-CR

Steve **MENDIOLA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR0624
Honorable Steve Hilbig, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgments of the trial court are REFORMED to reflect appellant pled not true to the enhancement paragraph, and the judgments are AFFIRMED AS REFORMED.

SIGNED March 13, 2019.

_____
Beth Watkins, Justice